IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMER WILLIAM-WHITFIELD, :
 :
    Plaintiff, :  CIVIL ACTION NO. 21-4544
 :
 v. :
 :
COMMONWEALTH LEHIGH COUNTY :
PRISON, JUDGE ROBERT L. :
STEINBERG, and LEHIGH COUNTY :
P.D., DA OFFICE JAMES B. MARTIN, :
MAGISTERIAL DISTRICT JUDGE :
PATRICIA M. ENGLER, ALEXANDRA :
KILVERT FRENCH, C/O CRAWFORD, :
SGT. DAWSON, and JOHN DOES 1, 2, :
 :
    Defendants. :

## **ORDER**

**AND NOW**, this 29th day of April, 2022, after considering the second amended complaint and separately submitted exhibit filed by the *pro se* plaintiff, Amer William-Whitfield (Doc. Nos. 14, 15); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to **AMEND** the docket to list the defendants in this case as follows: (1) Commonwealth of Pennsylvania; (2) Lehigh County Prison; (3) Lehigh County District Attorney James B. Martin; (4) Judge Robert L. Steinberg; (5) Magisterial District Judge Patricia M. Engler; (6) Alexandra Kilvert French; (7) Sgt. Dawson; (8) C/O Crawford; (9) John Doe #1; and (10) John Doe #2;

2. The second amended complaint (Doc. Nos. 14, 15) is **DISMISSED WITH PREJUDICE**, except insofar as the court has dismissed any claim against the Commonwealth of Pennsylvania, as this dismissal is **WITHOUT PREJUDICE**; and

3.      The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ *Edward G. Smith*____
EDWARD G. SMITH, J.